In the Matter of HARRY GEORGE HYRA, an attorney at law.

June 25, 1956.   Suspension lifted and respondent to the practice of law.   Opinion reported at 15 *N. J.* 252.